SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RAYMOND C. MARSHALL, Cal. Bar No. 83717
rmarshall@sheppardmullin.com
SANDRA ZUNIGA NIERENBERG, Cal. Bar No. 250881
snierenberg@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947

Attorneys for Non-Party
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED AS MODIFIED**

| | |
|---|---|
| MOON MOUNTAIN FARMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RURAL COMMUNITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:14-mc-80099-~~WHO~~ SC<br><br>Action pending in the United States District Court for the District of Arizona (2:13-CV-00349-SRB)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR BRIEFING AND HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND MOTION TO TRANSFER; SUPPORTING DECLARATION OF RAYMOND MARSHALL**<br><br>[Northern Dist. Local Rule 6-2, 7-12]<br><br>Judge:   Hon. William H. Orrick<br>Date:    June 4, 2014<br>Time:    2:00 PM<br>Crtrm.:  Courtroom 2, 17th Floor |

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS**

Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Moon Mountain Farms, LLC ("Plaintiff") and Non-party Wells Fargo & Co. ("Wells Fargo") (collectively the "Parties"), by and through their respective counsel,

-1-

hereby stipulate to extend the briefing schedule and hearing date on Plaintiff's Motion to Compel Compliance with Subpoena and Motion to Transfer (the "Motions") as follows:

WHEREAS, the Parties who sign this Stipulation constitute all of the parties to this proceeding;

WHEREAS, on April 4, 2014, Plaintiff filed its Notice of Motion and Motion to Compel Compliance with Subpoena; Memorandum of Points and Authorities in Support Thereof and Motion to Transfer;

WHEREAS, currently Wells Fargo's Response is due by April 18, 2014, Plaintiff's Reply is due by April 25, 2014, and the Motions are set to be heard on June 4, 2014, at 2:00 PM;

WHEREAS, Sheppard Mullin Richter & Hampton ("Sheppard Mullin") was retained as local counsel for Wells Fargo for the purpose of responding to the Motions;

WHEREAS, Sheppard Mullin was provided with a copy of the Motions on April 8, 2014;

WHEREAS, Wells Fargo has requested an extension of time to oppose the Motions in order to provide counsel sufficient time to review the case files and respond to the Motions;

WHEREAS, Raymond Marshall, a partner at Sheppard Mullin and lead counsel for Wells Fargo, will be out of the country on June 4, 2014;

WHEREAS, the Parties met and conferred on April 9, 2014, and agree that this extension of time will not jeopardize the disposition of Plaintiff's Motions or the dates for the close of discovery, trial date and related deadlines of the underlying action, pending in the United States District Court for the District of Arizona (2:13-cv-00349-SRB);

THE PARTIES DO HEREBY AGREE AND STIPULATE to the following:

1. Non-party Wells Fargo shall have until Friday, May 2, 2014, to file its Response to Plaintiff's Motions;

2. Plaintiff shall have until Monday, May 12, 2014, to file its Reply in support of its Motions; and

-2-   Case No. 3:14-mc-80099-WHO

SMRH:420804717.1   Stipulation and [PROPOSED] Order Changing Briefing and Hearing Date of Plaintiff's Motion to Compel; Declaration of Raymond C. Marshall in Support Thereof

|   |   |
|---|---|
| 1 | 3. The Motions shall be heard on ~~Wednesday, May 28, 2014, at 2:00 PM~~ Friday, May 30, 2014, at 10:00 AM in |
| 2 | Courtroom ~~2~~ 1 of this Court, or on the nearest date/time before or after that is convenient for |
| 3 | the Court. |

Dated: April 11, 2014

                        Respectfully submitted,

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By    /s/ Raymond C. Marshall
                               RAYMOND C. MARSHALL

                               Attorneys for Non-Party
                               WELLS FARGO & CO.

Dated: April 11, 2014

                        POLSINELLI PC

                        By    /s/ Carlyle W. Hall III
                               CARLYLE (CARY) W. HALL III

                               Attorneys for Plaintiff
                               Moon Mountain Farms, LLC

SMRH:420804717.1

-3-

Stipulation and [PROPOSED] Order Changing Briefing and Hearing Date of Plaintiff's Motion to Compel; Declaration of Raymond C. Marshall in Support Thereof

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 15, 2014



**DECLARATION OF RAYMOND C. MARSHALL**

I, Raymond C. Marshall, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner with the law firm of Sheppard Mullin Richter & Hampton, LLP, counsel for Wells Fargo in this matter. I have personal knowledge of the facts set forth below.

2. As set forth in the above Stipulation, Plaintiff Moon Mountain and Non-party Wells Fargo have stipulated that Wells Fargo shall file its Response to Plaintiff's Motions on or before May 2, 2014, and Plaintiff shall in turn file its Reply on the Motions on or before May 12, 2014.

3. Wells Fargo retained Sheppard Mullin as local counsel for the purpose of responding to the Motions. The extension of time for briefing is necessary because Sheppard Mullin only received the Motions on April 8, 2014. Sheppard Mullin received additional case files relevant to the Motions on April 8 and 9, 2014. The recency of these events makes it extremely difficult for counsel to review the files and prepare its Response prior to the currently-set April 18, 2014, deadline for filing its Response.

4. Prior to being retained in this matter and prior to the filing of these Motions, I long ago committed to travel plans for June 1-15, 2014, which would now be extremely

-4-

SMRH:420804717.1  Stipulation and [PROPOSED] Order Changing Briefing and Hearing Date of Plaintiff's Motion to Compel; Declaration of Raymond C. Marshall in Support Thereof

1  difficult and expensive to reschedule. I will thus be out of the country on June 4, 2014, the currently-set hearing date for the Motions.

5. There have been no prior extensions in this current proceeding. I am unaware of whether there have been extensions in the underlying action pending in the United States District Court for the District of Arizona.

6. Plaintiff has agreed and represents that the stipulated dates will not adversely affect the discovery or trial dates in the underlying action.

7. I do not believe that the requested extension will have any significant impact on the schedule for this proceeding or the underlying action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 11th day of April, 2014, at San Francisco, California.

By _____
RAYMOND C. MARSHALL