1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RAYMOND C. MARSHALL, Cal. Bar No. 83717
3  rmarshall@sheppardmullin.com
   SANDRA ZUNIGA NIERENBERG, Cal. Bar No. 250881
4  snierenberg@sheppardmullin.com
   LIEN H. PAYNE, Cal. Bar No. 291569
5  lpayne@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
6  San Francisco, California 94111-4109
   Telephone:    415.434.9100
7  Facsimile:    415.434.3947

8  Attorneys for Non-Party
   WELLS FARGO & CO.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         (SAN FRANCISCO DIVISION)

| 13 | MOON MOUNTAIN FARMS, LLC, | Case No. 3:14-MC-80099-SC |
|---|---|---|
| 14 | Plaintiff, | Action pending in the United States District Court for the District of Arizona (2:13-CV-00349-SRB) |
| 15 | v. | |
| 16 | RURAL COMMUNITY INSURANCE COMPANY, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND MOTION TO TRANSFER; SUPPORTING DECLARATION OF RAYMOND MARSHALL** <br> IT IS SO ORDERED AS MODIFIED <br> **[Northern Dist. Local Rule 6-2, 7-12]** |
| 17 | Defendant. | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | Judge:  Hon. Samuel Conti <br> Date:   May 30, 2014 <br> Time:   10:00 a.m. <br> Place:  Courtroom 1. 17th Floor |
| 23 | | |

24          **STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS**

25          Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2 and

26  7-12, Plaintiff Moon Mountain Farms, LLC ("Plaintiff") and Non-party Wells Fargo & Co.

27  ("Wells Fargo") (collectively the "Parties"), by and through their respective counsel,

28

hereby stipulate to extend the briefing schedule on Plaintiff's Motion to Compel Compliance with Subpoena and Motion to Transfer (the "Motions") as follows:

WHEREAS, the Parties who sign this Stipulation constitute all of the parties to this proceeding;

WHEREAS, on April 4, 2014, Plaintiff filed its Notice of Motion and Motion to Compel Compliance with Subpoena; Memorandum of Points and Authorities in Support Thereof and Motion to Transfer;

WHEREAS, currently Wells Fargo's Response is due by May 2, 2014, Plaintiffs Reply is due by May 12, 2014, and the Motions are set to be heard on May 30, 2014, at 10:00 AM;

WHEREAS, the Parties met and conferred on April 28 and April 30, 2014, to eliminate or narrow the scope of the issues underlying Plaintiff's Motion to Compel;

WHEREAS, the Parties have reached agreement on the majority of the issues underlying Plaintiff's Motion to Compel;

WHEREAS, the Parties agree a delay in the briefing schedule will permit Plaintiff sufficient time to review Wells Fargo's production of documents, scheduled to be substantially made on May 5, 2014, such that Plaintiff can determine whether any issues remain in dispute;

WHEREAS, the Parties agree that this extension of time will not jeopardize the disposition of Plaintiff s Motions or the dates for the close of discovery, trial date and related deadlines of the underlying action, pending in the United States District Court for the District of Arizona (2:13-cv-00349-SRB);

THE PARTIES DO HEREBY AGREE AND STIPULATE to the following:

1. Non-party Wells Fargo shall have until Friday, May 16, 2014, to file its Response to Plaintiffs Motions;

2. Plaintiff shall have until Friday, May 23, 2014, to file its Reply in support of its Motions; and

1    3.    The Motions shall continue to be heard on Friday, ~~May 30, 2014~~ June 6, 2014, at 10:00 AM in Courtroom 1 of this Court, or on the nearest date/time before or after that is convenient for the Court.

Dated:  May 1, 2014

                      Respectfully submitted,

                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                      By    */Raymond C. Marshall/*
                             RAYMOND C. MARSHALL

                      Attorneys for Non-Party
                      WELLS FARGO & CO.

Dated:  May 1, 2014

                      POLSINELLI PC

                      By    */Carlyle W. Hall III/*
                             CARLYLE (CARY) W. HALL III

                      Attorneys for Plaintiff
                      Moon Mountain Farms, LLC

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 2, 2014

*IT IS SO ORDERED AS MODIFIED*
*Judge Samuel Conti*

Hon. Samuel Conti
United States District Judge

SMRH:422947111.1

-3-

Case No. 3:14-MC-8099-SC
Stipulation and [PROPOSED] Order Enlarging
Time; Declaration of Raymond C. Marshall