SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RAYMOND C. MARSHALL, Cal. Bar No. 83717
rmarshall@sheppardmullin.com
SANDRA ZUNIGA NIERENBERG, Cal. Bar No. 250881
snierenberg@sheppardmullin.com
DANIELLE T. KENNEDY, Cal. Bar No. 256700
dkennedy@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947

Attorneys for Non-Party
WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MOON MOUNTAIN FARMS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>RURAL COMMUNITY INSURANCE COMPANY,<br><br>      Defendant. | Case No. 3:14-MC-80099-SC<br><br>Action pending in the United States District Court for the District of Arizona (2:13-CV-00349-SRB)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR BRIEFING AND HEARING ON NON-PARTY WELLS FARGO & COMPANY'S MOTION TO DISQUALIFY PLAINTIFF'S ATTORNEYS; SUPPORTING DECLARATION OF DANIELLE T. KENNEDY**<br><br>**[Northern Dist. Local Rule 6-2, 7-12]**<br><br>Judge:   Hon. Samuel Conti<br>Date:    June 20, 2014<br>Time:   10:00 a.m.<br>Place:   Courtroom 1, 17th Floor |

### STIPULATION TO EXTEND TIME TO RESPOND TO MOTION

      Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Moon Mountain Farms, LLC ("Plaintiff") and Non-Party Wells Fargo & Company ("Wells Fargo") (collectively the "Parties"), by and through their respective counsel, hereby stipulate to extend the briefing and hearing schedule on Non-Party Wells Fargo & Company's Motion To

1  Disqualify Polsinelli PC As Attorneys For Plaintiff Moon Mountain Farms, LLC (the "Motion")
2  as follows:
3      WHEREAS, the Parties who sign this Stipulation constitute all of the parties to this
4  proceeding;
5      WHEREAS, on May 16, 2014, Wells Fargo filed its Notice Of Motion And Motion
6  To Disqualify Polsinelli PC As Attorneys For Plaintiff Moon Mountain Farms, LLC;
7      WHEREAS, currently Wells Fargo's Response is due by May 30, 2014, Plaintiffs
8  Reply is due by June 6, 2014, and the Motion is set to be heard on June 20, 2014, at 10:00 AM;
9      WHEREAS, the Parties met and conferred on May 19, 2014, to discuss the briefing
10 and hearing schedule for the Motion relative to Wells Fargo's counsel's availability and the
11 briefing and hearing schedule set by the Court as to Plaintiff's Motion to Compel and Motion to
12 Transfer, currently set for hearing on July 11, 2014;
13     WHEREAS, the Parties agree to delay the briefing and hearing schedule due to
14 Wells Fargo's counsel's limited availability during the month of June and Plaintiff's request to
15 have all pending motions, including Plaintiff's Motion to Compel and Motion to Transfer, heard
16 on the same date;
17     WHEREAS, the Parties agree that this extension of time will not jeopardize the
18 disposition of the Parties' pending motions or the dates for the close of discovery, trial date and
19 related deadlines of the underlying action, pending in the United States District Court for the
20 District of Arizona (2:13-cv-00349-SRB);
21     THE PARTIES DO HEREBY AGREE AND STIPULATE to the following:
22     1.    Plaintiff shall have until Friday, June 6, 2014, to file its Response to Wells
23 Fargo's Motion;
24     2.    Non-Party Wells Fargo shall have until Friday, June 20, 2014, to file its
25 Reply in support of its Motion; and
26     3.    The Motion shall be heard on Friday, July 11, 2014, at 10:00 AM in
27 Courtroom 1 of this Court, or on the nearest date/time before or after that is convenient for the
28 Court.

Dated: May 20, 2014

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */Raymond C. Marshall/*
         RAYMOND C. MARSHALL

Attorneys for Non-Party
WELLS FARGO & COMPANY

Dated: May 20, 2014

POLSINELLI PC

By   */Carlyle W. Hall III/*
         CARLYLE (CARY) W. HALL III

Attorneys for Plaintiff
Moon Mountain Farms, LLC

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May  21 , 2014

_____
Hon. Samuel Conti
United States District Judge